# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **BRAD THOMAS** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CIVIL ACTION 03-0576-WS-M** |
| **CALVERT WRIGHT, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this court.  It is **ORDERED** that this action be and is hereby **DISMISSED WITH PREJUDICE** for failure to prosecute.

**DONE** and **ORDERED** this 22nd day of June, 2005.


s/WILLIAM H. STEELE_____
UNITED STATES DISTRICT JUDGE