# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRAD THOMAS** | : |
| **Plaintiff,** | : |
| vs. | :  **CIVIL ACTION 03-0576-WS-M** |
| **CALVERT WRIGHT, et al.,** | : |
| **Defendants.** | : |

## JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that this action be and is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this 22nd day of June, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE